IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIO RODRIGUEZ-LOPEZ,<br><br><br>Defendant, | INFORMATION<br><br>Criminal No. 25-459 (PAD)<br><br>Violations:<br>19 U.S.C. § 1595a(a), (b)<br>(One Count) |

THE UNITED STATES CHARGES:

### COUNT ONE
### Aiding in Unlawful Importation
19 U.S.C. §§ 1595a(a), (b)

On or about March 28, 2017, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

**PATRICIO RODRIGUEZ-LOPEZ,**

the defendant herein, using a vehicle, aided and assisted in the importation of articles attempting to be introduced into the United States contrary to law.

(space intentionally left blank)

All in violation of 19 U.S.C. §§ 1595a(a), (b).

W. STEPHEN MULDROW
United States Attorney

_____
Myriam Y. Fernández-González
Assistant United States Attorney, Chief
Transnational Organized Crime Section
Date: 9.30.2025

_____
Maria L. Montañez-Concepcion
Assistant United States Attorney, Deputy Chief
Transnational Organized Crime Section
Date: 9.30.2025

_____
Antonio L. Perez-Alonso
Assistant United States Attorney
Transnational Organized Crime Section
Date: 9/30/2025

2